No. 68589.—Shriro Trading Corp. v. United States, protest 63/2741 (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of various types of meters similar in all material respects

to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.